

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JOE WATKINS

VS.                                              CR. NO. 1:04-1124-T/An

CSX TRANSPORTATION

ORDER ON JURY VERDICT

This cause came on for trial before the Court and jury on November 28, 2005, the Honorable James D. Todd, District Judge, presiding; Frank O. Burge representing the plaintiff; Ed E. Wallis, Jr. and Ed E. Wallis, III representing the defendant, CSX Transportation.

After hearing all the proof, arguments of counsel and charge of the Court, the jury retired to begin its deliberation. After due deliberation, the jury returned to open court and announced a verdict.  The jury returned a verdict in favor of defendant CSX Transportation.

The Clerk is directed to prepare a judgment for entry in accordance with the jury verdict in favor of defendant CSX Transportation.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 5 December 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  12/8/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:04-CV-01124 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Frank O. Burge
BURGE & BURGE
2001 Park Place North
Birmingham, AL 35203

Honorable James Todd
US DISTRICT COURT