

# United States District Court
## WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

JOE WATKINS

v.

CSX TRANSPORTATION

CASE NUMBER: 04-1124-T/An

**Jury verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** in accordance with the jury verdict rendered on December 6, 2005, judgment is hereby entered in favor of the defendant, CSX Transportation.

APPROVED:

James D. Todd
UNITED STATES DISTRICT JUDGE

Thomas M. Gould
CLERK

12/12/05
DATE

BY: C. Hurd
DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/13/05.

32

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:04-CV-01124 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Frank O. Burge
BURGE & BURGE
2001 Park Place North
Birmingham, AL 35203

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Honorable James Todd
US DISTRICT COURT